No. 85. HARRIET H. GOULD and FREDERICK A. WAL-DRON, APPELLANTS, *v.* HYDE PARK WATER COMPANY, FIRST NATIONAL BANK OF BOSTON, and CITY OF BOSTON. Appeal from the District Court of the United States for the District of Massachusetts. Submitted April 12, 1917. Decided April 16, 1917. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of *Deming* v. *Carlisle Packing Co.,* 226 U. S. 102, 105; *Consolidated Turnpike Co.* v. *Norfolk &c. Ry. Co.,* 228 U. S. 596, 600; *Stewart* v. *Kansas City,* 239 U. S. 14. *Mr. Roscoe Wals-worth* and *Mr. Frederick S. Deitrick* for appellants. *Mr. Robert M. Morse, Mr. Wm. M. Richardson* and *Mr. Ed-ward E. Blodgett* for appellees.

———

No. 392. ST. LOUIS, SAN FRANCISCO & TEXAS RAILWAY COMPANY, PLAINTIFF IN ERROR, *v.* MAUD SMITH, ADMIN-ISTRATRIX OF THE ESTATE OF M. T. SEALE, DECEASED. In error to the Court of Civil Appeals for the Fifth Su-preme Judicial District of the State of Texas. Motion to dismiss or affirm submitted April 9, 1917. Decided April 16, 1917. *Per Curiam.* Judgment affirmed with costs upon the authority of *Missouri, Kansas & Texas Ry. Co.* v. *Wulf,* 226 U. S. 570; *Seaboard Air Line Ry.* v. *Koennecke,* 239 U. S. 352, 354; *Seaboard Air Line Ry.* v. *Renn,* 241 U. S. 290, 293.

See *St. Louis, San Francisco & Texas Ry. Co.* v. *Seale,* 229 U. S. 156. *Mr. Frank Andrews* and *Mr. W. F. Evans* for plaintiff in error. *Mr. Judson H. Wood* and *Mr. James P. Haven* for defendant in error.